The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Recursion Software, Inc. | Interactive Intelligence, Inc. |

(b) County of Residence of First Listed Plaintiff: Texas
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Dallas

(c) Attorney's (Firm Name, Address, and Telephone Number)

Andrew R. Korn
Korn, Bowdich & Diaz, L.L.P.
4221 Avondale
Dallas, Texas 75219

Attorneys (If Known)

Dawn Estes / Tamara Schiffner
Gardere Wynne Sewell LLP
1601 Elm Street, Suite 3000
Dallas, Texas 75201

3-03CV-2711R

**II. BASIS OF JURISDICTION** (Place an "x" in One Box Only)

☐ 1 U.S. Government
Plaintiff

☐ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government
Defendant

X 4 Diversity
(Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "x" in One Box for
(For Diversity Cases Only) Plaintiff and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | X 1 | ☐ 1 | Incorporated or Principal Place | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | X 2 | Incorporated and Principal Place | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane    ☐ 362 Personal Injury | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product       Med Malpractice | ☐ 625 Drug Related Seizure of property 21 USC | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability    ☐ 365 Personal Injury | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICCRates |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel &       Product Liability | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | Slander    ☐ 368 Asbestos Personal | ☐ 650 Airline Regs | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans | ☐ 330 Federal Employers       Injury Product | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| (Excl. Veterans) | Liability       Liability | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 340 Marine    **PERSONAL PROPERTY** | | | ☐ 875 Customer Challenge |
| ☐ 160 Stockholders' Suits | ☐ 345 Marine Product       ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | 12 USC 3410 |
| X 190 Other Contract | Liability    ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 891 Agriculture Acts |
| ☐ 195 Contract Product Liability | ☐ 350 Motor Vehicle    ☐ 380 Other Personal | Act | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization A |
| | ☐ 355 Motor Vehicle       Property Damage | ☐ 720 Labor/Mgmt. Relation | ☐ 863 DIWC/DIWW (405g) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | Product Liability    ☐ 385 Property Damage | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 360 Other Personal Injury       Product Liability | | ☐ 865 RSI (405g) | ☐ 895 Freedom of Info Act |
| ☐ 220 Foreclosure | **CIVIL RIGHTS** **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Report & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee |
| ☐ 230 Rent Lease & Ejectment | ☐ 441 Voting    ☐ 510 Motions to Vacate | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant | Determination Under Equa |
| ☐ 240 Torts to Land | ☐ 442 Employment       Sentence | ☐ 790 Other Labor | ☐ 871 IRS–Third Party | Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 443 Housing/       Habeas Corpus: | Litigation | 26 USC 7609 | ☐ 950 Constitution of State |
| ☐ 290 All other Real Property | Accommodations    ☐ 530 General | ☐ 791 Empl. Ret. Inc. | | State Statutes |
| | ☐ 444 Welfare    ☐ 535 Death Penalty | Security Act | | ☐ 890 Other Statutory Actions |
| | ☐ 440 Other       ☐ 540 Mandamus & other | | | |
| | Civil Rights    ☐ 550 Civil Rights | | | |

**V. ORIGIN** (Place an "X" in One Box Only)

☐ 1 Original
Proceeding

X 2 Removed from
State Court

☐ 3 Remanded from
Appellate Court

☐ 4 Reinstated or
Reopened

☐ 5 Transferred from
another district
(specify)

☐ 6 multidistrict
Litigation

☐ 7 Appeal to District
Judge from
Magistrate
Judgment

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. 15 U.S.C. § 1051
Do not cite jurisdictional statutes unless diversity)

28 U.S.C. § 1332 (diversity); 17 U.S.C. § 301 (Claim for copyright infringement)

| VII. REQUESTED IN COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | DEMAND $ | CHECK YES only if demanded in complaint: JURY DEMAND: ☐ Yes ☐ No |
|---|---|---|---|
| VIII. RELATED CASE(S) IF ANY | (See instructions) | JUDGE | DOCKET NUMBER |

DATE
November 6, 2003

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

DALLAS 1339020v1

**United States District Court**
**Northern District of Texas**

**Supplemental Civil Cover Sheet For Cases Removed**
**From State Court**

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S.**
**District Clerk's Office.  Additional Sheets may be used as necessary.**

1.    **State Court Information:**

Please identify the court from which the case is being removed and specify the number
assigned to the case in that court.

| Court | Case Number |
|---|---|
| In the County Court at Law No. 1 Dallas County, Texas | cc-03-11841-A |

2.    **Style of the Case**:

Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s),
Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their
party type.  Also, please list the attorney(s) of record for eachpartynamed and include
their bar number, firm name, correct mailing address, and phone number (including area
code.)

| Party and Party Type | Attorney(s) |
|---|---|
| Recursion Software, Inc. (Plaintiff) | Andrew R. Korn SBA 11683150 Korn, Bowdich & Diaz, L.L.P. 4221 Avondale Dallas, Texas  75219 214-521-8800 |
| Interactive Intelligence, Inc. (Defendant) | Dawn Estes SBA 14251350 Tamara Schiffner SBA 24033038 Gardere Wynne Sewell LLP 1601 Elm Street, Suite 3000 Dallas, Texas  75201 214-999-4847 |

DALLAS 1339050v1

3.    **Jury Demand**:

Was a Jury Demand made in State Court?          ___ Yes          _X_ No

     If "*Yes*", by which party and on what date?

     _____          _____
     Party                                                       Date

4.    **Answer**:

Was an answer made in State Court:          _X_ Yes          ___ No

     If "*Yes*", by which party and on what date?

     Interactive Intelligence, Inc.          November 3, 2003 ___
     Party                                                       Date

5.    **Unserved Parties**:    None.

The following parties have not been served at the time this case was removed:

| **Party** | **Reason(s) for No Service** |
|---|---|

6.    **Nonsuited, Dismissed or Terminated Parties**:          None.

Please indicate any changes from the style on the State Court papers and the reason for that change:

| **Party** | **Reason** |
|---|---|

7.    **Claims of the Parties**:

The filing party submits the following summary of the remaining claims of each party in this litigation:

| **Party** | **Claim(s)** |
|---|---|
| Recursion Software, Inc. | Breach of contract, copyright infringement |



UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

NORTHERN DISTRICT OF TEXAS
FILED

NOV - 6 2003

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| RECURSION SOFTWARE, INC | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. |
| v. | § | |
| | § | |
| INTERACTIVE INTELLIGENCE, INC, | § | |
| | § | |
| Defendant. | § | |

3 - 0 3 C V - 2 7 1 1 R

## NOTICE OF REMOVAL

Defendant Interactive Intelligence, Inc. ("Petitioner") files this notice of removal under 28 U.S.C. § 1446(a).

1.  On or about September 30, 2003, Plaintiff Recursion Software, Inc. filed in the County Court At Law No. 1 of Dallas County, Texas, the lawsuit styled *Recursion Software, Inc. v. Interactive Intelligence, Inc.*, Cause No. cc-03-11841-A ("Lawsuit"). Copies of the Petition and Process were served on Petitioner on or about October 9, 2003.

2.  Petitioner filed its Original Answer with the County Court at Law No. 1 of Dallas County, Texas, on November 3, 2003.

3.  Copies of all state court pleadings (including Plaintiff's Original Petition and Defendant's Original Answer) are attached hereto and labeled as Exhibit "A," as required by 28 U.S.C. § 1446(a), along with an index of documents filed in state court and a copy of the docket sheet in the state court action, as required by Local Rule 81.1(a)(3).

4.  This Notice of Removal is being filed within 30 days after receipt by Petitioner of a copy of the Petition and is timely filed under 28 U.S.C. § 1446(b).

5.    Removal is proper because the state case is a civil action in which there is complete diversity between the parties and the matter in controversy exceeds $75,000.00, exclusive of interest and costs. 28 U.S.C. § 1332.

6.    Removal is also proper because this Court has original jurisdiction over the action pursuant to 28 U.S.C. § 1331 and 17 U.S.C. § 301, *et seq.*

7.    Plaintiff Recursion Software, Inc. is a Texas corporation.

8.    Defendant Interactive Intelligence, Inc. is a citizen of Indiana, being an Indiana corporation with its principal place of business in Indiana.

9.    This is a civil action in which Plaintiff has asserted causes of action for breach of contract, quantum meruit and unjust enrichment. Each cause is preempted by 17 U.S.C. § 301.

10.    Venue is proper in this district under 28 U.S.C. § 1441(a) because the district and division embrace the place where the removed action has been pending.

11.    By virtue of this removal petition, Defendant does not waive its right to assert any jurisdictional claims or other motions, including Rule 9 and/or Rule 12 motions, permitted by the Federal Rules of Civil Procedure.

12.    A copy of the written Notice, as required by 28 U.S.C. § 1446(d) and addressed to the adverse party and the respective County Court of Dallas County, Texas, is attached hereto as Exhibit "B."

13.    A certificate of interested parties, as required by Local Rule 81.1(a)(3), is attached hereto as Exhibit "C."

WHEREFORE, Defendant Interactive Intelligence, Inc. requests the Lawsuit be removed to this United States District Court for the Northern District of Texas, Dallas Division and that this action be placed on the Court's docket for further proceedings.



Respectfully submitted,

Dawn Estes
State Bar No. 14251350
Tamara Schiffner
State Bar No. 24033038
**GARDERE WYNNE SEWELL LLP**
3000 Thanksgiving Tower
1601 Elm Street, Suite 3000
Dallas, Texas 75201-4761
(214) 999-3000 (telephone)
(214) 999-4667 (facsimile)

ATTORNEYS FOR DEFENDANT
INTERACTIVE INTELLIGENCE, INC.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was forwarded via United States Mail, certified mail, return receipt requested on the _6th_ day of November, 2003 to:

Andrew R. Korn
Korn, Bowdich & Diaz, L.L.P.
4221 Avondale
Dallas, Texas 75219